UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DARREN HIGHTOWER,

                        Petitioner,

  -against-                                          02-CV-0683
                                                         (LEK/GJD)

JOSEPH E. MCCOY, Superintendent,

                        Respondent.

## DECISION AND ORDER

    This matter comes before the Court following a Report-Recommendation filed on June 28, 2005 by the Honorable Gustave J. DiBianco, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.

    Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," Fed. R. Civ. P. 72(b), in compliance with L.R. 72.1. In the interval of at least 15 days since the Magistrate Judge filed the subject Report-Recommendation, no objections to it have been raised. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

    Accordingly, it is hereby

    **ORDERED**, that the Report-Recommendation is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

    **ORDERED**, that Hightower's Amended Petition be **DENIED and DISMISSED**; and it is

further

> **ORDERED**, that the Clerk serve a copy of this order on all parties.
>
> IT IS SO ORDERED.
>
> DATED:    September 01, 2005
>          Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge